AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Antony Vo<br>DOB: XXXXXX<br><br>Defendant(s) | Case: 1:25-mj-00011<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 01/15/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 14, 2024__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 3146(a)(2) | Failure to Surrender for Service of Sentence Pursuant to a Court Order. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/15/2025__                          _____
                                                              Judge's signature

City and state:     __Washington, D.C.__        G. Michael Harvey, U.S. Magistrate Judge
                                                              Printed name and title