UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO. |
| : | MAGISTRATE NO: 25-MJ-00011 |
| ANTONY VO,   : | VIOLATIONS: |
| : | 18 U.S.C. § 3146(a)(2) |
| Defendant.   : | (Failure to Appear) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about June 14, 2024, within the District of Columbia, **ANTONY VO**, having been sentenced to a term of incarceration for violations of Title 18, United States Code, Section 1752(a)(1) and (2) and Title 40, United States Code, Section 5104(e)(2)(D) and (G), and having been released pursuant to chapter 207 of Title 18, United States Code, knowingly failed to surrender for service of a sentence pursuant to a court order.

(**Failure to Appear**, in violation of Title 18, United States Code, Section 3146(a)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
Illinois Bar Number 6321411
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-297-1515
Email: Eli.Ross@usdoj.gov