# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONY VO,<br><br>   Defendant. | Case No. 25-CR-10 (TSC) |

## UNITED STATES' MOTION TO QUASH ARREST WARRANT ON A COMPLAINT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 4, the government hereby moves to quash the arrest warrant on a complaint issued on January 15, 2025. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this motion.

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068